THE PEOPLE OF THE STATE OF NEW YORK ex rel. FORTY WALL STREET BUILDING, INC., et al., Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, et al., Respondents. (Premises 40 Wall Street, New York City. Section 1, Block 43, Lot 2. Taxes for 1940–1941 and 1941–1942.) —

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. BESS MORGAN, Respondent.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GREAT HUDSON FUR CO., INC., Respondent, v. 14th STREET & BROADWAY REALTY CORPORATION, Defendant, and EMPRESS FASHIONS, INC., et al., Defendants-Appellants.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RYNER, Appellant.—

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. P. T. COX CONTRACTING COMPANY, INC., et al., Respondents, THOMPSON MATERIALS CORPORATION et al., Defendants-Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.